United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PROTASEVICH SERGEI, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-567 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Protasevich Sergei is in the custody of Immigration and Customs Enforcement at the Port Isabel Service Detention Center in Cameron County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses his statutory arguments. (Response, Doc. 4) But he contends, in part, that *Buenrostro* did not address whether Respondents' application of *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025) to his case violates principles of retroactivity.  Petitioner also argues that current agency regulations – 8 C.F.R. § 1003.19 and § 1236.1 – mandate that non-criminal aliens, such as himself, receive a bond determination and that Respondents act *ultra vires* by denying him such a hearing.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than July 6, 2026, Respondents shall file a Response to the issues raised in Petitioner's Show Cause Response Identifying Distinguishing Issues (Doc. 4); and

**ORDERED** that by no later than July 13, 2026, Petitioner Protasevich Sergei shall file a Reply in support of the relief that he requests.

The Clerk of Court is directed to serve a copy of the Petition (Doc. 1), the Show Cause Response Identifying Distinguishing Issues (Doc. 4), and this Order upon Respondents, in accordance with the Memorandum of Understanding.

Signed on June 15, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge